IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

STEVEN E. WALKER,

    Petitioner,        No. CIV S-01-2345 FCD KJM P

   vs.

TOM L. CAREY, et al.,

    Respondents.       <u>ORDER</u>

_____/

       Petitioner is a California prisoner proceeding pro se with an application for a writ of habeas corpus under 28 U.S.C. § 2254. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

       On August 22, 2005, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty days. Petitioner has filed objections to the findings and recommendations.

       In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304, this court has conducted a <u>de novo</u> review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed August 22, 2005, are adopted in full;

2. Petitioner's May 25, 2005 request for release is denied;

3. Petitioner's June 2, 2005 motion for summary judgment is denied; and

4. Petitioner's application for a writ of habeas corpus is dismissed.

DATED: September 22, 2005

/s/ Frank C. Damrell Jr.
FRANK C. DAMRELL JR.
United States District Judge