IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

STEVEN ERIC WALKER,

    Petitioner,               No. CIV S-01-2345 FCD JFM P

    vs.

TOM L. CAREY, et al.,

    Respondents.          ORDER

_____/

    On October 3, 2005, petitioner filed a motion asking that this court reconsider its September 23, 2005 order adopting the magistrate judge's August 22, 2005 findings and recommendations thereby dismissing petitioner's application for writ of habeas corpus.

    A district court may reconsider a ruling under either Federal Rule of Civil Procedure 59(e) or 60(b).  See Sch. Dist. Number. 1J, Multnomah County v. ACandS, Inc., 5 F.3d 1255, 1262 (9th Cir. 1993).  "Reconsideration is appropriate if the district court (1) is presented with newly discovered evidence, (2) committed clear error or the initial decision was manifestly unjust, or (3) if there is an intervening change in controlling law." Id. at 1263.

/////

/////

/////

1   Petitioner does not present newly discovered evidence.  Furthermore, the court
2   finds that, after a <u>de novo</u> review of this case, the September 23, 2005 order adopting the August
3   22, 2005 findings and recommendations is neither manifestly unjust nor clearly erroneous.
4   Finally, there has not been any change with respect to the law controlling this action.
5   Accordingly, IT IS HEREBY ORDERED that petitioner's October 3, 2005
6   "motion to vacate judgment . . ." is denied.
7   DATED:   <u>October 12, 2005</u>

    <u>/s/ Frank C. Damrell Jr.          </u>
    UNITED STATES DISTRICT JUDGE

10  walk2345.mfr