IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

STEVEN ERIC WALKER,

    Petitioner,                    No. CIV S-01-2345 FCD KJM P

    vs.

TOM L. CAREY, et al.,

    Respondents.                ORDER

_____/

        Petitioner's application for writ of habeas corpus was dismissed on September 23, 2005 and judgment entered accordingly. Petitioner's filing made October 12, 2005, entitled "request for leave to amend petition to cure any exhaustion defects," is not one contemplated by the Federal Rules of Civil Procedure or the Federal Rules Governing § 2254 Cases. Therefore, this document will be placed in the court's file and disregarded.

        IT IS SO ORDERED.

DATED: October 19, 2005.

                                              UNITED STATES MAGISTRATE JUDGE

/kf
walk2345.158