IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

STEVEN ERIC WALKER,

    Petitioner,　　　　　　　　　　　　No. CIV S-01-2345 FCD KJM P

  vs.

TOM CAREY, et al.,

    Respondents.　　　　　　　　　　　<u>ORDER</u>

_____/

        On October 28, 2005, petitioner filed a request for reconsideration of the magistrate judge's October 20, 2005 order concerning petitioner's September 23, 2005 "request for leave to amend petition to cure any exhaustion defects." Pursuant to E.D. Local Rule 72-303(f), a magistrate judge's orders shall be upheld unless "clearly erroneous or contrary to law." Upon review of the entire file, the court finds that it does not appear that the magistrate judge's ruling was clearly erroneous or contrary to law.

/////

/////

/////

/////

/////

1

Therefore, IT IS HEREBY ORDERED that, upon reconsideration, the order of the magistrate judge filed October 20, 2005 , is affirmed.

DATED: November 7, 2005

/s/ Frank C. Damrell Jr.
FRANK C. DAMRELL JR.
United States District Judge