IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

STEVEN ERIC WALKER,

    Petitioner,               No. CIV-S-01-2345 FCD KJM P

    vs.

TOM L. CAREY, et al.,

    Respondent.             ORDER

_____/

    Petitioner has filed a request to proceed in forma pauperis on appeal.  Good cause appearing therefor, IT IS HEREBY ORDERED that plaintiff is granted in forma pauperis status on appeal.

DATED:  April 20, 2006.

                                            UNITED STATES MAGISTRATE JUDGE

1
walk2345.101b

1