IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

STEVEN ERIC WALKER,

    Petitioner,        No. CIV S-01-2345 FCD KJM P

    vs.

TOM L. CAREY,

    Respondent.        ORDER

_____/

    On April 21, 2006, the court granted petitioner's request to proceed in forma pauperis on appeal without realizing that on March 10, 2006 plaintiff's request was denied by the Ninth Circuit Court of Appeals. See Docket Entry #80. Accordingly, IT IS HEREBY ORDERED that the court's April 21, 2006 order granting petitioner in forma pauperis status on appeal is vacated.

DATED: July 14, 2006.

                                _____
                                UNITED STATES MAGISTRATE JUDGE

1
walk2345.vac

1